```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                           ROME DIVISION

IN RE: DAISY MENDEZ,              {    CHAPTER 13
                                  {
                                  {
        DEBTOR                    {    CASE NO. R24-40051-BEM
                                  {
                                  {    JUDGE ELLIS-MONRO
```

**OBJECTION TO CONFIRMATION**

COMES NOW K. EDWARD SAFIR, CHAPTER 13 TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. The Debtor has not filed a plan as required by 11 U.S.C. Section 1321; specifically, it appears the incorrect form plan has been filed.

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

```
                         _____/s/_____
                         Sonya Buckley Gordon, Attorney
                         for Chapter 13 Trustee
                         GA Bar No. 140987
```

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
sonyab@atlch13tt.com

R24-40051-BEM

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this day I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

DAISY MENDEZ
133 PINEHILL DRIVE
DALTON, GA 30721

Respectfully submitted,

This 25th day of January, 2024

          /s/
_____
Sonya Buckley Gordon, Attorney
For Chapter 13 Trustee
GA Bar No. 140987

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
sonyab@atlch13tt.com